**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisandra Quintero-Prieto,<br><br>Petitioner,<br><br>v.<br><br>William Barr, et al.,<br><br>Respondents. | No. CV-20-01168-PHX-DLR<br><br>**ORDER** |

Before the Court is United States Magistrate Judge Deborah M. Fine's Report and Recommendation ("R&R") (Doc. 23), which recommends that the Court grant Respondents' motion to dismiss (Doc. 18) without oral argument and dismiss Petitioner's Petition (Doc. 1) without prejudice for lack of jurisdiction. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). "Unless this court has definite and firm conviction that the [Magistrate Judge] committed a clear error of judgment, [this

court] will not disturb [the] decision." *Jackson v. Bank of Hawaii*, 902 F.2d 1385, 1387 (9th Cir. 1990) (citation omitted).

The Court has nonetheless independently reviewed the R&R and finds that it is well-taken. The Court therefore will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Fine's R&R (Doc. 23) is **ACCEPTED.**

**IT IS FURTHER ORDERED** that Respondents' motion to dismiss (Doc. 18) is **GRANTED.**

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED and DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment and terminate the case.

Dated this 21st day of October, 2020.

Douglas L. Rayes
United States District Judge

- 2 -